JACOB J. PURDUE 6165269
Name and Prisoner/Booking Number

4th AVE JAIL SMU-103
Place of Confinement

3250 W. LOWER BUCKEYE RD
Mailing Address

PHX, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 03 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JACOB J. PURDUE,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) NAPHCARE ET AL,
(Full Name of Defendant)

(2) ADCRR- DIRECTOR THORNELL, ET. AL.

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO: 2:25-CV-01430-JAT-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: BUCKLEY, LEWIS COMPLEX BUCKEYE AZ

## B. DEFENDANTS

1. Name of first Defendant: **NADHCARE**. The first Defendant is employed as: **MEDICAL PROVIDER** at **ADCRR (BUCKLEY UNIT)**.
   (Position and Title)                                   (Institution)

2. Name of second Defendant: **RYAN THORNELL**. The second Defendant is employed as: **DIRECTOR** at **A.D.C.R.R.**
   (Position and Title)                                   (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits: **A REIMBURSEMENT OF MONEY**
   a. First prior lawsuit:
      1. Parties: **JACOB PURDUE** v. **ADCRR**
      2. Court and case number: **U.S. DIS. COURT AZ. 2:24-CV-01121-JAT-DMF**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **DISMISSED**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8th Amend.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1) IN NOV. 2023 PLAINTIFF JACOB PURDUE BEGAN EXPERIENCING SEVER COUGH, DIZZINESS, VOMITTING, FAINTING, SHORTNESS OF BREATH, LOSS OF APPETITE AND HEADACHES WHILE HOUSED IN BUCKLEY UNIT LEWIS COMPLEX IN ADCRR. 2) I PUT IN REPEATED UNANSWERED HNRS. PER PROTOCOL ALSO NOTIFYING MED. STAFF TO MY WORSENING CONDITION BUT MY REQUESTS WERE IGNORED AND OR DELAYED IN BEING TREATED. 3) NAPHCARE & ADCRR FAILED TO FOLLOW ESTABLISHED MEDICAL AND INSTITUTIONAL PROTOCOL INCLUDING BUT NOT LIMITED TO, E.G., FAILURE TO SCHEDULE TIMELY EVALUATIONS, FAILURE TO DETERMINE CAUSE VIA LABS OR OTHER MEANS, FAILURE TO DOCUMENT SYMPTOMS, FAILURE TO PROVIDE TREATMENT, FAILURE TO REFER PLAINTIFF TO A HIGHER LEVEL OF CARE ETC. 4) AS A RESULT OF DEFENDANT'S INACTION AND FAILURE TO FOLLOW PROTOCOL PLAINTIFF'S CONDITION SIGNIFICANTLY WORSENED LEADING: PAIN & SUFFERING, SEVERE/RAPID WEIGHT LOSS PERMANENT BREATHING ISSUES (?) 5) DEFENDANT'S NAPHCARE & ADCRR ACTED W/ DELIBERATE DISREGARD & INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS, DEMONSTRATING RECKLESS DISREGARD FOR PLAINTIFF'S HEALTH, WELFARE & SAFETY.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
SERIOUS MENTAL, PHYSICAL, EMOTIONAL STRESS, CONTINUED BREATHING ISSUES FROM PROLONGED VALLEY FEVER SYMPTOMS

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF RESPECTFULLY REQUEST THIS COURT TO: A.) ENTER A JUDGEMENT IN FAVOR OF PLAINTIFF & AGAINST DEFENDANT'S; B) AWARD COMPENSATORY DAMAGES IN THE AMOUNT AMOUNT OF $100,000.00; C) AWARD PUNITIVE DAMAGES IN AMOUNT OF $250,000.00; D) ORDER INJUNCTIVE RELIEF REQUIRING NAPHCARE & OR OTHER MED. PROVIDER(S) TO COMPLY WITH MED. TREATMENT, TO FURTHER DETERMINE EXTENT OF DAMAGE POSSIBLE TREATMENT; AND E) GRANT SUCH OTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-9-2025                                    _Jacob Perdue_
                    DATE                                    SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____**October 29, 2025**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

_____

_____
Legal Support Specialist Signature

**B6854**
S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009